# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CECILIA CLINKSCALE,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 19-CV-1026** |
| : | |
| **TEMPLE UNIVERSITY,** *et al.*, : | |
| Defendants. : | |

## ORDER

AND NOW, this **7th** day of **October**, 2019, upon consideration of Plaintiff Cecilia Clinkscale's Motions to Proceed *In Forma Pauperis* (ECF No. 1, 12), and Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED with prejudice** as to Defendants Philadelphia Police Department and Temple University Campus Police. All claims based upon a "failure to investigate" theory are **DISMISSED with prejudice**. The Complaint is **DISMISSED without prejudice** as to all other Defendants and claims for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to terminate Defendants Philadelphia Police Department and Temple University Campus Police.

5. Clinkscale is given leave to amend within thirty (30) days of the date of this Order in the event she can state a plausible basis for a claim against an appropriate Defendant not already dismissed with prejudice. Any amended complaint should identify all Defendants in the caption of the amended complaint and shall state the factual basis for Clinkscale's claims against each Defendant. The amended complaint shall be a complete document that does not rely on the

initial Complaint or other papers filed in this case to state a claim. In drafting any amended complaint, Clinkscale should be mindful of the Court's reasons for dismissing her initial Complaint, as well as the statute of limitations applicable to her claims. Upon the filing of any amended complaint, the Clerk of Court shall not make service until so **ORDERED** by the Court.

6. The Clerk of Court is **DIRECTED** to furnish Clinkscale with a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number.

7. If Clinkscale fails to comply with this Order, her case may be dismissed for failure to prosecute without further notice

**BY THE COURT:**

*/S/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**