# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CECILIA CLINKSCALE,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 19-CV-1026** |
| : | |
| **TEMPLE UNIVERSITY,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this **20TH** day of **April, 2020**, upon consideration of *pro se* Plaintiff Cecilia Clinkscale's Motion to Rescind, Reinstate Case on Active Docket and to Stay Proceedings (ECF No. 24), it is **ORDERED** that the Motion is **DENIED**.

                                                            **BY THE COURT:**

                                                            */s/ Eduardo C. Robreno*
                                                            **EDUARDO C. ROBRENO, J.**